[No. 9,476.   Department Two.—October 23, 1884.]
BANK OF CALIFORNIA, RESPONDENT, *v.* JOHN
P. DUNN, APPELLANT.

RAILROAD BONDS—INTEREST COUPONS—LIABILITY OF THE STATE.—The bonds
issued by the Central Pacific Railroad Company, under the Act of April
4, 1864, are valid, and the State is liable upon the interest coupons issued
in accordance with the provisions of the act.

APPEAL from a judgment of the Superior Court of the county of Sacramento.

Petition for a mandamus to compel the respondent, as state controller, to draw a warrant upon the state treasurer for the amount of an interest coupon upon a bond of the Central Pacific Railroad Company, issued in accordance with the Act of April 4, 1864, entitled, "An act to aid the construction of the Central Pacific Railroad, and to secure the use of the same to this State for military and other purposes, and other matters relating thereto." An alternative writ was issued. The defendant answered that he had refused to draw the warrant, but averred that the assumption of payment of interest by the State was given in consideration of certain services to be rendered by the railroad company for the benefit of the State, in the free transportation of prisoners, lunatics, material for the State capitol building, etc., and that the company had neglected and refused to perform these conditions. The Court found that the railroad company accepted the terms of the act, and made and filed a contract in accordance with its provisions, and issued bonds with interest coupons attached, payable at the office of the treasurer of state ; that in 1874, by an act of the legislature, the "Pacific Railroad Fund," authorized by the Act of 1864, was consolidated with a certain other fund known as the "Interest and Sinking Fund"; that the petitioner was the holder and owner of an interest coupon, and presented it to the respondent, and demanded a warrant for the amount, which was refused; and that there was then sufficient money in the interest and sinking fund to meet all demands against it.

*W. W. Foote,* and *McKune & George,* for Appellant.

*S. C. Denson,* and *S. W. Sanderson,* for Respondent.

The COURT.—The Court below rendered judgment, that the defendant draw his warrant for the amount of an interest coupon on a bond issued under the Act of April 4, 1864. (Stat. 1863–4, p. 344.)   We are of opinion that none of the matters presented on behalf of defendant are sufficient to justify the withholding of the warrant.   The act above referred to pledged the faith of the State to the payment to the holder of the bonds mentioned therein of such interest as is involved in this action.

Judgment affirmed.